AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

<table>
<tr><td>MAUREEN FRANCIS</td><td>)<br>)<br>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td align="center">*Plaintiff(s)*</td><td>)<br>)</td><td></td></tr>
<tr><td align="center">v.</td><td>)<br>)</td><td>Civil Action No. 5:24-cv-00033-JSM-PRL</td></tr>
<tr><td>CITIBANK, N.A., EQUIFAX INFORMATION<br>SERVICES LLC, EXPERIAN INFORMATION<br>SOLUTIONS, INC., and TRANS UNION LLC</td><td>)<br>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td align="center">*Defendant(s)*</td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CITIBANK, N.A.,
c/o Sunil Garg, CEO
5800 S CORPORATE PLACE
SIOUX FALLS, SD 57108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Aaron M. Swift, Esq., Jordan T. Isringhaus, Esq., and Sean E. McEleney, Esq.
Swift, Isringhaus, Dubbeld & McEleney, PLLC, d/b/a Swift Law, PLLC
11300 4th Street N., Suite 260
St. Petersburg, FL 33716
P: (727) 490-9919   F: (727) 255-5332  E: aswift@swift-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    01/25/2024

*Ashleigh Levi*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

|  |  |  |
|---|---|---|
| MAUREEN FRANCIS | ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 5:24-cv-00033-JSM-PRL |
| CITIBANK, N.A., EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  EQUIFAX INFORMATION SERVICES LLC
c/o Corporation Service Company, Registered Agent
1201 Hays Street
Tallahassee, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Aaron M. Swift, Esq., Jordan T. Isringhaus, Esq., and Sean E. McEleney, Esq.
Swift, Isringhaus, Dubbeld & McEleney, PLLC, d/b/a Swift Law, PLLC
11300 4th Street N., Suite 260
St. Petersburg, FL 33716
P: (727) 490-9919   F: (727) 255-5332  E: aswift@swift-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  01/25/2024                                    *Ashleigh Levi*
                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| MAUREEN FRANCIS | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 5:24-cv-00033-JSM-PRL |
| CITIBANK, N.A., EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  EXPERIAN INFORMATION SOLUTIONS, INC.
c/o CT Corporation System, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Aaron M. Swift, Esq., Jordan T. Isringhaus, Esq., and Sean E. McEleney, Esq.
Swift, Isringhaus, Dubbeld & McEleney, PLLC, d/b/a Swift Law, PLLC
11300 4th Street N., Suite 260
St. Petersburg, FL 33716
P: (727) 490-9919   F: (727) 255-5332  E: aswift@swift-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:            01/25/2024

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

|  |  |
|---|---|
| MAUREEN FRANCIS <br><br> *Plaintiff(s)* <br><br> v. <br><br> CITIBANK, N.A., EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 5:24-cv-00033-JSM-PRL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TRANS UNION LLC
c/o Corporation Service Company, Registered Agent
1201 Hays Street
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Aaron M. Swift, Esq., Jordan T. Isringhaus, Esq., and Sean E. McEleney, Esq.
Swift, Isringhaus, Dubbeld & McEleney, PLLC, d/b/a Swift Law, PLLC
11300 4th Street N., Suite 260
St. Petersburg, FL 33716
P: (727) 490-9919   F: (727) 255-5332  E: aswift@swift-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    01/25/2024

_____
*Signature of Clerk or Deputy Clerk*