UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MAUREEN FRANCIS,
an individual,

    Plaintiff,

v.

Case No.: 5:24-cv-00033-JSM-PRL

CITIBANK, N.A.,
a national association,
EQUIFAX INFORMATION
SERVICES LLC,
a foreign limited liability company,
EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation, and
TRANS UNION LLC,
a foreign limited liability company,

    Defendants.
_____/

**PLAINTIFF'S MOTION FOR DEFAULT
AGAINST DEFENDANT CITIBANK, N.A.**

**COMES NOW,** Plaintiff, MAUREEN FRANCIS (hereinafter, "Plaintiff") by and through undersigned counsel, pursuant to Fed. R. Civ. P. 55(a) and Local Rule 1.10(b), and files this Motion for Default of CITIBANK, N.A. (hereinafter, "Citibank"), and in support thereof states as follows:

**I.**    **PROCEDURAL HISTORY AND FACTUAL BACKGROUND**

1. On January 24, 2024, Plaintiff filed his Complaint seeking a judgment for affirmative relief against Citibank. Doc. 1.

2. On January 24, 2024, the Clerk of Court issued a summons directed to

1

Citibank. Doc. 3 at p. 1.

3. Plaintiff's Complaint alleges that "Citibank is a national association with its principal place of business located at 5800 South Corporate Place, Sioux Falls, SD 57108." *See* Doc. 1 at ¶ 8.

4. Notably, Citibank is <u>not</u> registered with the Florida Department of State, on SunBiz.org, and therefore, does not maintain a publicly posted registered agent within the state of Florida.

5. On January 30, 2024, Plaintiff served Citibank with the summons and a copy of the Complaint at 5800 South Corporate Place, Sioux Falls, SD 57108. Doc. 11.

6. More specifically, Plaintiff served an individual in Citibank's legal department, Ms. Kathy Person, who stated she "is authorized to accept service [on behalf of Citibank], and the normal person to do so on this day." *Id*.

7. On February 6, 2024, Plaintiff filed proof of service as to Citibank. *Id*.

8. On February 20, 2024, Citibank's response to the Complaint was due.

9. As of the date of this Motion, Citibank has failed to plead, otherwise defend, or seek an extension of time to do so.

10. As of the date of this Motion, counsel for Plaintiff has not received any communications from Citibank or Citibank's legal counsel with respect to this case.

II.  **MEMORANDUM OF LAW**

11. "Service of process on a business association may be effected 'by delivering a copy of the summons and of the complaint to an officer, manager or

general agent, or any other agent authorized by appointment or by law to receive service of process,' or by complying with state law." *Matero v. Digital Ink Americas LLC*, No. 6:22-cv-1606-CEM-LHP, 2023 WL 2756921, at *1 (M.D. Fla. Apr. 3, 2023) (quoting Fed. R. Civ. P. 4(h)(1)(B)).

12. In Florida, "service may be made to any officer, director, or business agent of the financial institution at its principal place of business or at any other branch, office, or place of business in the state" if a credit union does not maintain a registered agent with the Department of State. Fla. Stat. §§ 48.092, 655.0201.

13. Here, Citibank does not maintain a registered agent with the Department of State. *See* ¶ 5, *supra*.

14. In South Dakota, service on a business entity may be made against "the president, partner or other head of the entity, officer, director, or registered agent thereof. If any of the above cannot be conveniently found, service may be made by leaving a copy of the summons and complaint at any office of such business entity within this state, with the person in charge of such office." S.D. Stat. §15-6-4(d)

15. As such, Plaintiff served Citibank's designated agent, Ms. Kathy Person, at Citibank's principal place of business located at 5800 South Corporate Place, Sioux Falls, SD 57108. *See* ¶¶ 6-7, *supra*.

16. Therefore, Plaintiff effectively served Citibank with a copy of the summons and Complaint in this case no later than January 30, 2024.

17. Citibank had through and including February 20, 2024 to appear in this case and either file a response or seek an extension of time to file a response.

18. Citibank failed to appear in this case by February 20, 2024.

**WHEREFORE**, Plaintiff respectfully requests entry of a default against Citibank.

Dated: March 18, 2024

        Respectfully submitted,

        **SWIFT LAW PLLC**

        /s/ *Aaron M. Swift*
        **Aaron M. Swift, Esq., FBN 0093088**
        Jordan T. Isringhaus, Esq., FBN 0091487
        Sean E. McEleney, Esq., FBN 125561
        8380 Bay Pines Blvd.
        St. Petersburg, FL 33709
        Phone: (727) 490-9919
        Fax: (727) 255-5332
        aswift@swift-law.com
        jisringhaus@swift-law.com
        smceleney@swift-law.com
        jmurphy@swift-law.com
        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 18, 2024, I filed a true and correct copy of the above and foregoing *Plaintiff's Motion for Default as to Defendant Citibank, N.A.* via CM/ECF which will electronically serve all counsel of record, and I served a true and correct copy of the above and foregoing *Plaintiff's Motion for Default as to Defendant Citibank, N.A.* to Citibank, N.A. by U.S. mail to:

Citibank, N.A.
c/o Legal Department
5800 South Corporate Place
Sioux Falls, SD 57108

_/s/ Aaron M. Swift_
Attorney
