**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

MAUREEN FRANCIS,

    Plaintiff,

v.                                    Case No: 5:24-cv-33-JSM-PRL

CITIBANK, N.A., EQUIFAX
INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC., and TRANS UNION
LLC,

    Defendants.

_____

**<u>ORDER</u>**

THIS CAUSE comes before the Court upon Plaintiff's Unopposed Motion to Lift Stay and Joint Stipulation of Dismissal with Prejudice of Citibank, N.A. (Dkt. 66). This matter was stayed pending arbitration between Plaintiff and Defendant Citibank, N.A.

It is therefore ORDERED AND ADJUDGED that:

1.  Plaintiff's Unopposed Motion to Lift Stay (Dkt. 66) is granted.

2.  The stay is hereby lifted and the Clerk is directed to reopen this case.

3.  This cause is dismissed with prejudice as to Plaintiff's claim against Defendant Citibank, N.A., with court costs and attorneys' fees to be paid by the party incurring the same.

4.  The Clerk is directed to terminate Defendant Citibank, N.A. from the case.

5. Plaintiff's claims against the remaining Defendants, Equifax Information Services, LLC, Experian Information Solutions, Inc., and Trans Union LLC, is pending.

6. Plaintiff and Defendants Equifax Information Services, LLC, Experian Information Solutions, Inc., and Trans Union LLC shall file an Amended Case Management Report within 14 days from the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of January, 2026.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

2