## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION
## Case No. 5:24-cv-00033-JSM-PRL

MAUREEN FRANCIS,

 Plaintiff,

 v.

CITIBANK, N.A., EQUIFAX
INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC., and TRANS
UNION, LLC,

 Defendants.

### DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

Defendant, Experian Information Solutions, Inc. ("Experian"), pursuant to Middle District of Florida Local Rule 2.02(a), hereby notifies the Court and all Counsel of Record of Maria H. Ruiz's appearance and designation as Lead Counsel for Experian in this action. Maria H. Ruiz is counsel of record and is duly registered to receive notices at mruiz@kasowitz.com.

June 22, 2026                          /s/ *Maria H. Ruiz*
                                       Maria H. Ruiz
                                       Florida Bar No. 182923
                                       KASOWITZ LLP
                                       201 S. Biscayne Blvd., Suite 2550
                                       Miami, FL  33131
                                       Telephone:  (786) 587-1044
                                       Facsimile:  (305) 675-2601
                                       MRuiz@Kasowitz.com

                                       **Attorney for Defendant**
                                       **Experian Information Solutions, Inc.**