## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

MAUREEN FRANCIS

     Plaintiff,

v.

CITIBANK, N.A.; EQUIFAX
INFORMATION SERVIES LLC;
EXPERIAN INFORMATION
SOLUTIONS, INC., AND TRANS
UNION, LLC,

     Defendants.

Case No. 5:24-CV-00033-JSM-PRL

## UNOPPOSED MOTION FOR LEAVE TO
## WITHDRAW AS COUNSEL OF RECORD

Nya Hedman, Esq. pursuant to Local Rule 2.02(c), respectfully moves to withdraw from representing Defendant Experian Information Solutions, Inc. ("Experian") in the above-captioned matter.

Experian will continue to be represented in this action by Maria Helena Ruiz, Esq. of Kasowitz LLP.

This request to withdraw is not prejudicial to any of the parties and is made with Experian's knowledge and consent.

The withdrawal will not result in a person proceeding pro se.

The withdrawal will not result in a continuance of a trial.

**WHEREFORE**, for the foregoing reasons, the undersigned respectfully requests that the Court allow Nya Hedman, Esq. to withdraw from representing Experian in this matter, and for any additional relief the Court deems proper.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned certifies that she conferred with counsel for Plaintiff via email on June 22, 2026, and Plaintiff kindly does not oppose the relief requested herein.

Respectfully submitted this 23rd day of June, 2026.

> _/s/ Nya Hedman_
> Nya Hedman, Esq.
> Florida Bar No. 1069602
> JONES DAY
> 600 Brickell Ave, Suite 3300
> Miami, Florida 33131
> Phone: (305) 714-9665
> Email: nhedman@jonesday.com
>
> _Attorney for Defendant_
> _Experian Information Solutions, Inc._